1  **JENNIFER KIM**
   c/o JLR Newport Beach
2  1540 Jamboree Road,
3  Newport Beach, CA 92660

4  **NATASHA BIJELIC**
   c/o JLR Newport Beach
5  1540 Jamboree Road,
6  Newport Beach, CA 92660

7
   **PENEGON MISSION VIEJO, INC. dba JLR MISSION VIEJO**
8  AGENT FOR SERVICE OF PROCESS: CARY HYDEN
9  650 Town Center Drive, 20th Floor,
   Costa Mesa, CA 92626
10

11 **TERRENCE WILSON**
   c/o JLR Mission Viejo
12 28701 Marguerite Pkwy,
13 Mission Viejo, CA 92692

14
   **BRITISH MOTOR CAR DISTRIBUTORS, LTD dba LR SAN FRANCISCO**
15 AGENT FOR SERVICE OF PROCESS: LAURA HIURA
   901 Van Ness Ave,
16 San Francisco, CA 94109

17
   **GILLIAN PENITENTI**
18 c/o LR San Francisco
   901 Van Ness Ave,
19 San Francisco, CA 94109

20

21

22

23

24

25

26

27

28

00074464.1                          4        CASE NO.: 2:17-CV-02877-JFW-RAO
                                              CERTIFICATE OF SERVICE